UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-60550-CIV-SCOLA/OTAZO-REYES

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JEAN-PHILIPPE BOURSIQUOT,
B&C ROYALTY MULTI-SERVICES, INC.,
ROBERTON BOURSIQUOT, and
RBS FLAMBOYANT SOLUTIONS, INC.,

        Defendants.
_____/

## REPORT AND RECOMMENDATION

THIS CAUSE came before the Court upon the Government's Second Motion for Rule 37 Sanctions (hereafter, "Second Motion for Sanctions") [D.E. 52]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Robert N. Scola, Jr., United States District Judge [D.E. 57]. For the reasons stated below, the undersigned respectfully recommends the entry of the Proposed Permanent Injunction, attached hereto as Exhibit A.

On March 16, 2017, the Government filed a Complaint for Permanent Injunction (hereafter, "Compl.") against Defendants Jean-Philippe Boursiquot, Roberton Boursiquot, (together, "Individual Defendants"), B&C Royalty Multi-Services, Inc., and RBS Flamboyant Solutions, Inc. (together, "Corporate Defendants") (Individual Defendants and Corporate Defendants collectively, "Defendants") alleging that Defendants had engaged in fraudulent conduct and seeking injunctive relief. See Compl. [D.E. 1].

On August 30, 2017, the Government filed a Motion to Compel Responses to the Government's First Sets of Interrogatories (hereafter, "Motion to Compel") [D.E. 24]. On September 18, 2017, the undersigned granted the Motion to Compel in part and ordered

Defendants to respond to the outstanding requests for production and interrogatories by October 5, 2017 [D.E. 26].

On November 13, 2017, the Government filed an Amended Motion for Rule 37 Sanctions (hereafter, "First Motion for Sanctions"), asking the Court to enter a default judgment of permanent injunction against Defendants and to order Defendants to reimburse the Government's expenses incurred due to Defendants' non-compliance with the September 18, 2017 Order. See First Motion for Sanctions [D.E. 31 at 1]. On December 4, 2017, the undersigned held a hearing on the First Motion for Sanctions and issued an Order granting the First Motion for Sanctions in part. See Order [D.E. 35].

On February 1, 2018, the Government filed the Second Motion for Sanctions alleging Defendants' further non-compliance with the Court's discovery orders and asking the Court to enter a default judgment of permanent injunction against Defendants [D.E. 52 at 1]. On March 8, 2018, the undersigned held a hearing on the Second Motion for Sanctions and issued an Order directing Defendants to supplement their discovery responses and setting a Telephonic Discovery Status Conference [D.E. 76]. At the Telephonic Discovery Status Conference on April 2, 2018, the undersigned granted the Second Motion for Sanctions as to the Corporate Defendants and directed the parties to submit a proposed permanent injunction as to those Defendants only [D.E. 79]. On April 3, 2018, the Government submitted the Proposed Permanent Injunction. See Exhibit A.

Based on the undersigned's rulings on the Second Motion for Sanctions and a review of the Proposed Permanent Injunction, the undersigned RESPECTFULLY RECOMMENDS that a Permanent Injunction be entered against the Corporate Defendants in the form attached hereto as Exhibit A.

The parties have **fourteen days** from the date of receipt of this Report and Recommendation within which to serve and file objections, if any, with the Honorable Judge Robert N. Scola, Jr., United States District Judge. See Local Magistrate Rule 4(b). Failure to timely file objections shall bar the parties from attacking on appeal the factual findings contained herein. See Resolution Tr. Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993). Further, "failure to object in accordance with the provisions of [28 U.S.C.] § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." See 11th Cir. R. 3-1 (I.O.P. - 3).

RESPECTFULLY SUBMITTED in Miami, Florida on this 4th day of April, 2018.

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Robert N. Scola, Jr.
Counsel of Record