IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JEAN-PHILIPPE BOURSIQUOT, ) <br> B&C ROYALTY MULTI-SERVICES, INC., ) <br> ROBERTON BOURSIQUOT, and ) <br> RBS FLAMBOYANT SOLUTIONS, INC., ) <br> ) <br> Defendants. ) <br> _____) | Case No. 0:17-cv-60550-RNS |

## MOTION TO DISMISS COUNT IV OF THE UNITED STATES' COMPLAINT AGAINST DEFENDANTS B&C ROYALTY MULTI-SERVICES, INC. AND RBS FLAMBOYANT SOLUTIONS, INC. PURSUANT TO FED. R. CIV. P. 41(a)(2)

The United States of America, by and though undersigned counsel, moves the Court to dismiss Count IV of the United States' complaint against Defendants B&C Royalty Multi-Services, Inc. and RBS Flamboyant Solutions, Inc. (the "corporate Defendants") pursuant to FED. R. CIV. P. 41(a)(2).  In support of this motion, the United States assert the following:

1. The United States filed a complaint against Jean-Philippe Boursiquot and Roberton Boursiquot (the "individual Defendants") and their wholly-owned corporations (collectively, the "Defendants") on March 16, 2017, seeking to permanently enjoin Defendants from acting as federal income tax preparers (Counts I through III) and the disgorgement of ill-gotten receipts for preparing federal income tax returns (Count IV).

2. The Court entered an order permanently enjoining the corporate Defendants from preparing tax returns on May 2, 2018 (ECF No. 90), which resolved Counts I through III of the United States' complaint as to the corporate Defendants.

3. The Clerk of Court entered default against the corporate Defendants on June 11, 2018. ECF Nos. 121 & 122.

4. In line with the Court's Order on Default Judgment Procedure, the United States filed a Notice of Joint Liability, stating that the United States would not pursue default judgment against the corporate Defendants until the individual Defendants' liability was resolved.  ECF No. 121.

5. The Court entered orders granting the parties' joint motions for entry of consent judgments and permanent injunctions against the individual Defendants on August 9, 2018.  ECF Nos. 141 & 142.

6. On August 10, 2018, the Court entered an order advising the parties that Court IV, the disgorgement claim, remained outstanding against the corporate Defendants and requiring the United States to file a motion for default judgment or motion to dismiss on or before August 23, 2018.  ECF No. 143.

7. The United States obtained monetary judgments against the individual Defendants as to Count IV of the complaint.  It is no longer necessary for the United States to pursue default judgment against the corporate Defendants, as they are both defunct.

8. Pursuant to FED. R. CIV. P. 41(a)(2), an action may be dismissed at a plaintiff's request by court order, on terms that the court considers proper.

9.  A district court "enjoys broad discretion in determining whether to allow a voluntary dismissal under Rule 41(a)(2)." *Pontenberg v. Boston Scientific Corp.*, 252 F.3d 1253, 1255-56 (11th Cir. 2001) (internal citations omitted).  In most cases, dismissal should be granted "unless the defendant will suffer clear prejudice, *other than the mere prospect of a subsequent lawsuit*, as a result." *Id.* (quoting *McCants v. Ford Motor Co., Inc.*, 781 F.2d 855, 856-57 (11th Cir. 1986) (emphasis in original).

10. The corporate Defendants will not be prejudiced if the Court grants the instant motion.

WHEREFORE, the United States respectfully requests that the Court dismiss Count IV of the United States' complaint, the disgorgement count, as to Defendants B&C Royalty Multi-Services, Inc. and RBS Flamboyant Solutions, Inc.

Dated: August 13, 2018

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Elizabeth N. Duncan*
ELIZABETH N. DUNCAN
KARI A.R. POWELL
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C.  20044
202-514-6546 (v)
202-514-4963 (f)
Elizabeth.N.Duncan@usdoj.gov
Kari.powell@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of August, 2018, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.  I further certify that I mailed the foregoing document via first class mail to the non-CM/ECF participant:

Roberton Boursiquot
2400 Nostrand Avenue
Apartment 304
Brooklyn, New York 11210
Flyward7@gmail.com

*/s/ Elizabeth N. Duncan*
ELIZABETH N. DUNCAN
Trial Attorney, Tax Division
United States Department of Justice