United States District Court
for the
Southern District of Florida

United States of America, Plaintiff, )
)
v. )
) Civil Action No. 17-60550-Civ-Scola
)
Jean-Philippe Boursiquot and )
others, Defendants. )

### Order of Dismissal

The Plaintiff requests that the Court dismiss Count IV of its complaint, which is the remaining count in this case, against Defendants B&C Royalty Multi-Services, Inc. and RBS Flamboyant Solutions, Inc., consistent with Federal Rule of Civil Procedure 41(a)(2). (Mot. to Dismiss, ECF No. 144.) After reviewing the motion, the record, and the relevant legal authorities, the Court finds the terms of the dismissal proper. The Court **grants** the motion (**ECF No. 144**) and **dismisses** this case without prejudice. The Court **directs** the Clerk to **close** this matter.

**Done and ordered** in chambers, at Miami, Florida on August 16, 2018.

_____
Robert N. Scola, Jr.
United States District Judge