United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America, Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 17-60550-Civ-Scola |
| ) | |
| Jean-Philippe Boursiquot and ) | |
| others, Defendants. ) | |

### Order Adopting Magistrate's Report and Recommendations

      This matter was referred to United States Magistrate Judge Alicia Otazo-Reyes for a report and recommendation on the Government's application for an award of reasonable attorney's fees and costs. (Application, ECF No. 166.) Judge Otazo-Reyes entered a report recommending that the application be granted and that the Court award the Government its reasonable fees and costs in the amount of $14,811.94[1] to be paid by Defendant Jean-Philippe Boursiquot in monthly installments of $1,000.[2] (Report & Recommendations, ECF No. 172.) No objections have been filed and the time to do so has passed. Having considered Judge Otazo-Reyes's report, the record, and the relevant legal authorities, this Court finds the report and recommendation cogent and compelling.

      Accordingly, the report and recommendation is **adopted** in its entirety, and Government's application is **granted. (ECF No. 166)**. The Government shall recover from Boursiquot an award of attorney's fees and costs in the amount of **$14,811.94**, plus interest at the legal rate pursuant to 28 U.S.C. § 1961. Consistent with the parties' agreement and Judge Otazo-Reyes's recommendation, Boursiquot shall make monthly payments in the amount of $1,000 until the amount due, plus interest, is paid in full. Payments shall be made on the first day of the month commencing on **November 1, 2021**.

---

[1] $1,487.53 in attorney's fees and $2,477.85 in costs, as well as $10,846.56 in costs associated with investigating Boursiquot's violation of the Court's permanent injunction.

[2] The Court notes that Boursiquot did not oppose the Government's application and requested only that the Court enter a payment plan. (Resp., ECF No. 170.) The Government agreed to accept payment in monthly installments of $1,000. (Reply, ECF No. 171.)

**Done and ordered** at Miami, Florida, on October 18, 2021.

  _____
  Robert N. Scola, Jr.
  United States District Judge

Copy furnished to:
Jean-Philippe Boursiquot
5568 SW 7th Court
Margate, FL 33068