UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-60550-CIV-SCOLA/OTAZO-REYES

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JEAN-PHILIPPE BOURSIQUOT, *et al.*,

        Defendants.

_____/

## REPORT AND RECOMMENDATION

THIS CAUSE came before the Court upon the United States' Motion for Attorney's Fees (hereafter, "Motion") [D.E. 190]. The Motion has been filed pursuant to the Court's decision to award the United States its reasonable attorneys' fees and costs incurred in its investigation of Defendant Jean-Phillipe Boursiquot's ("Boursiquot") contempt and prosecution of its Motion for Order to Show Cause Why Boursiquot Should Not Be Held in Contempt for Failing to Pay His Contempt Sanction [D.E. 174]. See Amended Report and Recommendation and Certification of Facts Constituting Contempt [D.E. 187]; Order Adopting in Part Report and Recommendations Regarding Sanctions (hereafter, "Order") [D.E.189 at 2].

In its Motion, the United States requests "$3,038.24 in attorney's fees and $430.20 in costs incurred to prepare for and attend the show-cause hearing on Boursiquot's contempt" for his "failure to the $14,811.94 sanction imposed upon him by orders, ECF 164–165, 172–173, entered on May 28, 2021, and October 20, 2021". See Motion [D.E. 190 at 1–2]. As of the date of this Report and Recommendation, Boursiquot has failed to respond to the United States' Motion.

Having reviewed the Motion and the Declaration of Counsel attached thereto [D.E. 190-1], applying her own knowledge and expertise, and noting Boursiquot's lack of response in

opposition, the undersigned finds the request to be reasonable.  See Learning Connections, Inc. v. Kaufman, Englett & Lynd, PLLC, 2012 WL 13102412, at *4 (M.D. Fla. 2012) ("[T]he Court is an expert on the issues of the prevailing market's reasonable hourly rates for similar work and hours expended.") (citing Norman v. Housing Auth. of the City Montgomery, 836 F.2d 1292, 1303 (11th Cir. 1988)).

## RECOMMENDATION

Based on the foregoing, the undersigned RESPECTFULLY RECOMMENDS that the Motion [D.E. 190] be GRANTED; and the United States be AWARDED the total sum of $3,468.44 as reasonable attorneys' fees and costs incurred by the United States to prepare for and attend the show-cause hearing on Boursiquot's contempt.

Pursuant to Local Magistrate Judge Rule 4(b), the parties have fourteen days from the date of this Report and Recommendation to file written objections, if any, with the Honorable Robert N. Scola, Jr., United States District Judge.  Failure to file timely objections may bar the parties from attacking the factual findings contained herein on appeal.  See Resolution Tr. Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).  Further, "failure to object in accordance with the provisions of [28 U.S.C.] § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions."  See 11th Cir. R. 3-1 (I.O.P. - 3).

RESPECTFULLY SUBMITTED in Miami, Florida on this 3rd day of November, 2023.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:     United States District Judge Robert N. Scola, Jr.

        Counsel of Record

Jean-Philippe Boursiquot
5568 SW 7th Court
Margate, FL 33068