United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America, Plaintiff, )<br>)<br>v.  )<br>)<br>Jean-Philippe Boursiquot and  )<br>others, Defendants. ) | Civil Action No. 17-60550-Civ-Scola |

### Order Adopting the Magistrate Judge's
### Report and Recommendations

This matter was referred to United States Magistrate Judge Alicia M. Otazo-Reyes for a report and recommendations on the Plaintiff United States of America's motion for an award of attorney's fees and costs incurred in preparing for and attending the August 30, 2023, show-cause hearing on the Defendant Jean-Philippe Boursiquot's failure to pay the contempt sanction entered against him in 2021. On November 3, 2023, Judge Otazo-Reyes entered a report recommending that the motion be granted, and that the Court award the United States the total sum of $3,468.44 as reasonable attorney's fees and costs. (Report & Recommendations, ECF No. 193.) On December 1, 2023, in response to an order from the Court, the United States confirmed that Mr. Boursiquot had been served with a copy of Judge Otazo-Reyes's report, as well as the other relevant materials, at least as of November 24, 2023. (U.S. Resp., ECF No. 196.) No party has objected to Judge Otazo-Reyes's report, and the time to do so has passed.

Having considered Judge Otazo-Reyes's report, the record, and the relevant legal authorities, this Court finds Judge Otazo-Reyes's report and recommendations cogent and compelling. A district court judge need conduct a de novo review of only "those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636. Where no objections are made, a report may be adopted in full without conducting a de novo review, provided no plain error exists. *E.g., id.*; *Menendez v. Naples Cmty. Hosp. Inc.*, No. 2:20-CV-898-SPC-MRM, 2021 U.S. Dist. LEXIS 215317, 2021 WL 5178496, at *1 (M.D. Fla. Nov. 8, 2021) (collecting cases).

Accordingly, as neither party has objected to Judge Otazo-Reyes's report (**ECF No. 193**), the Court **adopts the report in full**, after finding no plain error with it. The United States' motion is **granted** (**ECF No. 190**), and the United States is awarded the total sum of $3,468.44 as reasonable attorney's fees and costs incurred by the United States to prepare for and attend the show-cause

hearing on Mr. Boursiquot's contempt. The parties are directed to meaningfully confer and reach an agreement regarding the date by which payment must be made.

**Done and ordered** in Miami, Florida, on December 28, 2023.

Robert N. Scola, Jr.
United States District Judge